UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Lesley Bell v. Bayer HealthCare Pharmaceuticals Inc., et al.*      No. 3:11-cv-10085-DRH

*Lisa Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.*      No. 3:11-cv-10086-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 25, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                                    NANCY J. ROSENSTENGEL,
                                                    CLERK OF COURT

                                                    BY: /s/*Sara Jennings*
                                                           **Deputy Clerk**

Dated:  July 30, 2013

Digitally signed by David R. Herndon
Date: 2013.07.30 10:11:12 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT